**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LAURA O'SULLIVAN, et al.,           )<br>                                                        )<br>        Plaintiffs,                           )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>NEW CASTLE COUNTY, et al.,     )<br>                                                        )<br>        Defendants.                       )  | C.A. No. 1:20-cv-00821-LFR<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

**IT IS HEREBY STIPULATED AND AGREED** by the parties to this action, through their undersigned counsel and subject to the approval of the Court, that the case deadline for the Initial Expert Report is hereby extended from September 15, 2021, to October 15, 2021, and the deadline for the Expert Rebuttal Report is hereby extended from October 15, 2021, to November 15, 2021.  On or before September 15, 2021, Plaintiffs shall provide to counsel for all Defendants (1) the names and (2) a summary of the testimony expected to be offered by any expert witness Plaintiffs intend to use.

All other dates shall remain as indicated in the Court's June 7, 2021, Amended Scheduling Order.

*{Signature Line on Following Page}*

| ALLEN & ASSOCIATES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Michele D. Allen* | */s/ Lauren E.M. Russell* |
| Michele D. Allen (DE No. 4359) | Lauren E.M. Russell, Esq. |
| Emily A. Biffen (DE No. 6639) | Curtis J. Crowther, Esq. |
| 4250 Lancaster Pike, Suite 230 | William Gamgort, Esq. |
| Wilmington, DE 19805 | 1000 North King Street |
| Telephone: (302) 234-8600 | Wilmington, DE 19801 |
| Facsimile: (302) 397-3930 | Telephone: (302) 571-6622 |
| michele@allenlaborlaw.com | Facsimile: (302) 576-419 |
| emily@allenlaborlaw.com | amartinelli@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants New Castle County, Matthew Meyer, Vaughn M. Bond, Jr., Vanessa S. Phillips, and Michael Hojnicki* |

**MAGOLIS EDELSTEIN**

*/s/ Jennifer A. Sutton*
Krista M. Reale, Esq. (No. 4748)
Jennifer A. Sutton, Esq. (No. 419)
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 313-9602
kreale@margolisedelstein.com
jsutton@margolisedelstein.com

*-and-*

**MARGOLIS EDELSTEIN**

Michael Miller, Esq. (admitted *pro hac vice*)
The Curtis Center
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 19106
mmiller@margolisedelstein.com
*Attorneys for Defendant Quinton Watson*


**IT IS SO ORDERED** this _____ day of _____, 2021.

_____
The Honorable L. Felipe Restrepo
United States Circuit Court Judge