**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LAURA O'SULLIVAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NEW CASTLE COUNTY, et al., )<br>)<br>Defendants. )<br>) | C.A. No. 1:20-cv-00821-LFR<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss their claims in this action against Defendants Matthew Meyer, Vaughn M. Bond, J., Vanessa S. Phillips, and Michael Hojnicki, in their individual capacity, with prejudice. The parties, through their undersigned counsel, further stipulate that each party is to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| **ALLEN & ASSOCIATES** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| */s/ Michele D. Allen*<br>Michele D. Allen (#4359)<br>Emily A. Biffen (#6639)<br>4250 Lancaster Pike, Suite 230<br>Wilmington, Delaware 19805<br>Telephone: (302) 234-8600<br>Facsimile: (302) 234-8602<br>Michele@allenlaborlaw.com<br>Emily@allenlaborlaw.com<br>*Attorneys for Plaintiff* | */s/ Lauren E.M. Russell*<br>Lauren E.M. Russell, Esq.<br>Jennifer M. Kinkus, Esq.<br>William E. Gamgort, Esq.<br>1000 N. King Street<br>Wilmington, DE 19801<br>(302) 576-3255<br>(302) 576-3750 (fax)<br>lrussell@ycst.com<br>jkinkus@ycst.com<br>wgamgort@ycst.com<br>*Attorneys for Defendants New Castle County, Matthew Meyer, Vaughn M. Bond, Jr., Vanessa S. Phillips, and Michael Hojnicki* |

Dated: January 26, 2022

28992948.1

**SO ORDERED** this 26 day of January, 2022.

*L. Felipe Restrepo*
The Honorable L. Felipe Restrepo
United States Circuit Court Judge

28992948.1