| | |
|---|---|
| LAURA O'SULLIVAN, ET AL., <br><br> Plaintiffs; <br><br> v. <br><br> NEW CASTLE COUNTY, ET AL., <br><br> Defendants. | Civil Action No. 20-00821-LFR |

# ORDER

AND NOW, this 28th day of January 2022, it is hereby **ORDERED** that all parties provide the court with an update of their respective clients' settlement status with regard to the above-captioned case. Please file the status update by the close of business on Monday, January 31, 2022.

It is further ORDERED that all parties appear telephonically for a status conference on Tuesday, February 1st, 2022, at 2:30 PM.

Counsel is directed to utilize the Court's teleconferencing line at (866) 590-5055, access code 3512527.

By the Court,

s/ L. Felipe Restrepo

Circuit Judge

Dated:  January 28, 2022