

Jennifer A. Sutton, Esq.
Direct Dial: 302-313-9602
jsutton@margolisedelstein.com

ATTORNEYS AT LAW
www.margolisedelstein.com

File No. 42494.0-00003

**DELAWARE OFFICE:**
**300 Delaware Avenue**
**Suite 800**
**Wilmington, DE 19801**
**302-888-1112**
**Fax: 302-888-1119**

PHILADELPHIA OFFICE:*
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106-3337
215-922-1100

PITTSBURGH OFFICE:
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
412-281-4256

SCRANTON OFFICE:*
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231

HARRISBURG OFFICE:*
3510 Trindle Road
Camp Hill, PA 17011
717-975-8114

WESTERN PA OFFICE:
983 Third Street
Beaver, PA 15009
724-774-6000

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:*
100 Century Parkway, Suite 200
P.O. Box 5084
Mt. Laurel, NJ 08054
856-727-6000

NORTH NEW JERSEY OFFICE:
Connell Corporate Center
400 Connell Drive
Suite 5400
Berkeley Heights, NJ 07922
908-790-1401

*Member of the Harmonie Group*

January 31, 2022

<u>Via CM/ECF Filing</u>
The Honorable L. Felipe Restrepo
United States Court of Appeals for the 3rd Circuit
18613 U. S. Courthouse
601 Market Street
Philadelphia, PA 19016

      **RE:    Laura O'Sullivan, et al. v. Quinton Watson, et al.**
              **United States District Court of Delaware**
              <u>**1:20-cv-00821 LFR**</u>

Dear Judge Restrepo:

      Per your order dated January 28, 2022, please accept this letter as the settlement status report of the claims brought by the Plaintiffs in the above-referenced matter against Defendant Quinton Watson. All claims by and against Mr. Watson have been resolved via a settlement agreement with the other parties. The settlement agreement has been executed by all parties and it is anticipated a stipulation of dismissal with prejudice will be filed once the consideration within the agreement is received by Plaintiffs.

      I am available at the convenience of the Court, should your Honor have any questions.

      Respectfully,

      */s/ Jennifer A. Sutton*

      Jennifer A. Sutton
      Bar ID: 4419

JAS
Cc: all counsel of record via CM/ECF