

4250 Lancaster Pike, Suite 230, Wilmington, DE 19805 tel (302) 234-8600 fax (302) 397-3930

January 31, 2022

**VIA ELECTRONIC FILING**
The Honorable L. Felipe Restrepo
United States Court of Appeals for the Third Circuit
18613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19016

        RE: *O'Sullivan v. New Castle County* et al.
        Case No: 1:20-cv-00821-LFR

Dear Judge Restrepo,

    Pursuant to the Court's January 28, 2022 Order, please accept this letter as Plaintiff's status report of the settlement of their case against Defendants. A settlement agreement has been signed by all parites involved in this matter. In accordance with the executed settlement agreement, Plaintiffs will file a Stipulation of Dismissal with prejudice within 10 days from receipt of payment.

    Should Your Honor have any questions, counsel is available at the Court's convenience.

                                      Very truly yours,

                                      */s/ Michele D. Allen*

                                      Michele D. Allen

cc: All counsel of record via CM/ECF